IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH G. FITZGERALD,

        Petitioner,

   v.

CHARLES DANIELS,

        Respondent.

Civil No. 07-1249-AS

ORDER

ASHMANSKAS, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Petition Under 28 U.S.C. § 2241 (#11) is GRANTED.

    IT IS SO ORDERED.

    DATED this __10th__ day of December, 2007.

                        /s/ Donald C. Ashmanskas
                          Donald C. Ashmanskas
                          United States Magistrate Judge

1 - ORDER -

2 - ORDER -                                           P:\Ashmanskas\07-1249fitzgerald1210order.wpd